FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS C. MURPHY, a single person,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MOSES LAKE; MOSES LAKE POLICE DEPARTMENT CAPTAIN DAVE SANDS, individually and in his official capacity; MOSES LAKE POLICE OFFICER CURT LEDEBOER, individually and in his official capacity,<br><br>    Defendants. | NO. 2:18-cv-00205-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF COMPLAINT; CLOSING FILE** |

    Before the Court is the parties' Stipulated Motion for Dismissal of Complaint with Prejudice, ECF No. 5. The motion was heard without oral argument. The parties' indicate they have reached a settlement and ask the Court to dismiss Plaintiff's Complaint with prejudice and without costs or fees.

    Accordingly, **IT IS ORDERED**:

    1.    The parties' Stipulated Motion of Dismissal of Complaint with Prejudice, ECF No. 5, is **GRANTED**.

//

//

//

//

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF COMPLAINT; CLOSING FILE** ~ 1

2. The above-captioned case is **dismissed** with prejudice and without costs or fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and close the file.

**DATED** this 8th day of August 2018.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF COMPLAINT; CLOSING FILE ~ 2**